■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL WADE, Appellant. [739 NYS2d 280] —Appeal by the defendant from a judgment of the County Court, Orange County (Rosenwasser, J.), rendered May 17, 2000, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Altman, J.P., S. Miller, Krausman, McGinity and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIKE YORK, Also Known as MICHAEL YORK, Appellant. [739 NYS2d 281] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Knipel, J.), rendered June 30, 1999, convicting him of manslaughter in the first degree and criminal possession of a weapon in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt beyond a reasonable doubt is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10, 20-21; *People v Santos,* 86 NY2d 869, 870). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Ritter, J.P., O'Brien, Crane and Cozier, JJ., concur.